# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NYAMBER GRIZZEL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:23CV789 |
| | ) | |
| THE STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 14, 2023, was served on the parties in this action.  (ECF Nos. 3, 4).  No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be construed as a habeas petition under 28 U.S.C. § 2254 and **DISMISSED** *sua sponte* without prejudice to Petitioner filing a new petition which corrects the defects of the current Petition or pursuing any remedies in the state courts.  Any new petition must be accompanied by either the five-dollar filing fee or a current application to proceed *in forma pauperis*.

This, the 11th day of October 2023.

/s/ Loretta C. Biggs
_____
United States District Judge